**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | ALL CASES in EXHIBIT A |

**ORDER**

By 5:00 p.m., Monday, April 8, 2013, please provide me (by filing on CM-ECF) with the FDA's correspondence with Barr, from 2000, that you mentioned in your Amended Complaint.

By the same deadline, Plaintiffs, who have not already done so in their amended complaints, must file an addendum specifically setting out which Defendant's drug was ingested when, *e.g.* Plaintiff ingested drug A, manufactured by Defendant B, from March 1999-August 2002; Plaintiff ingested drug C, manufactured by Defendant D, from June 1989-March 2000.

IT IS SO ORDERED this 1st day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

1

# EXHIBIT A

4:05-cv-00146-BRW  Lee v. Wyeth, et al
4:05-cv-01366-BRW  Cain v. Pharmacia a Upjohn Company LLC et al
4:06-cv-00079-BRW  Hinkle v. Wyeth et al
4:08-cv-03833-BRW  Humphreys v. Wyeth, et al
4:10-cv-00656-BRW  Wilson v. Wyeth LLC et al

4:10-cv-00923-BRW  Meranto v. Wyeth LLC et al
4:10-cv-01034-BRW  Howard v. Wyeth LLC et al
4:10-cv-00370-BRW  Steele et al v. Wyeth et al
4:10-cv-00605-BRW  Sargent v. Wyeth LLC et al
4:08-cv-03723-BRW  Cornell v. Wyeth, et al

4:10-cv-00611-BRW  Sundall v. Wyeth LLC et al
4:10-cv-00681-BRW  Garcia v. Wyeth LLC et al
4:10-cv-00813-BRW  Swanson v. Wyeth LLC et al
4:11-cv-00110-BRW  Johnson v. Wyeth LLC et al
4:05-cv-01245-BRW  Nikolchev et al v. Wyeth Pharmaceuticals Inc et al

4:06-cv-00294-BRW  Ridgeway et al v. Wyeth et al
4:10-cv-01212-BRW  Denney v. Wyeth LLC et al
4:05-cv-00614-BRW  Campbell v. Wyeth, et al
4:10-cv-00505-BRW  Walton v. Wyeth LLC et al
4:11-cv-00787-BRW  Riegle et al v. Wyeth LLC et al

4:05-cv-00206-BRW  Posey et al v. Wyeth et al
4:08-cv-00864-BRW  Barnes v. Wyeth et al
4:10-cv-01267-BRW  Owens et al v. Wyeth LLC et al
4:10-cv-00478-BRW  Evosevich et al v. Wyeth LLC et al
4:10-cv-00609-BRW  Walther v. Wyeth LLC et al

4:10-cv-01040-BRW  Crane v. Wyeth LLC et al
4:09-cv-00741-BRW  Frambs v. Wyeth et al
4:06-cv-01455-BRW  Neubarth v. Wyeth et al
4:07-cv-00558-BRW  Dale v. Wyeth et al
4:06-cv-01120-BRW  White-Brown v. Wyeth et al

4:06-cv-00800-BRW  Thomas v. Wyeth et al
4:05-cv-01573-BRW  Beaver v. Wyeth et al
4:05-cv-00910-BRW  Wilkerson v. Wyeth Inc, et al
4:06-cv-01650-BRW  Chambers v. Wyeth et al
4:06-cv-01339-BRW  Kinser v. Wyeth et al

| | |
|---|---|
| 4:04-cv-00717-BRW | Lund v. Wyeth, et al |
| 4:10-cv-01061-BRW | Struckmann v. Wyeth LLC et al |
| 4:06-cv-01502-BRW | Rosenbloom et al v. Wyeth et al |
| 4:08-cv-02388-BRW | McCarthy v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-03207-BRW | McLain v. Wyeth et al |
| | |
| 4:06-cv-01048-BRW | Goodman v. Wyeth et al |
| 4:07-cv-00478-BRW | Harding v. Wyeth et al |
| 4:10-cv-00350-BRW | Banks v. Wyeth LLC et al |
| 4:05-cv-01793-BRW | Keener v. Pfizer Inc et al |
| 4:08-cv-00402-BRW | Kielty v. Wyeth et al |
| | |
| 4:06-cv-01127-BRW | Wojcik v. Wyeth et al |
| 4:05-cv-00558-BRW | Aenoro, et al v. Wyeth, et al |
| 4:06-cv-01564-BRW | Sayers v. Wyeth et al |
| 4:08-cv-01999-BRW | Weaver v. Wyeth et al |
| 4:10-cv-00988-BRW | Anglin v. Wyeth LLC et al |
| | |
| 4:08-cv-03699-BRW | Hennin v. Wyeth Inc et al |
| 4:04-cv-01223-BRW | Alexander et al v. Wyeth LLC et al |
| 4:06-cv-01345-BRW | Clement et al v. Wyeth et al |
| 4:06-cv-00938-BRW | Wright v. Wyeth et al |
| 4:06-cv-01617-BRW | Koch v. Wyeth et al |
| | |
| 4:05-cv-00253-BRW | Palomo, et al v. Wyeth, et al |
| 4:04-cv-00723-BRW | Gallegos v. Wyeth |
| 4:08-cv-02413-BRW | Cook v. Wyeth et al |
| 4:05-cv-01246-BRW | Anderson et al v. Wyeth Pharmaceuticals Inc et al |
| 4:06-cv-01679-BRW | Rittenberry v. Wyeth et al |
| | |
| 4:08-cv-03121-BRW | Reed v. Pfizer Inc et al |
| 4:04-cv-01294-BRW | Cheltra v. Wyeth, et al |
| 4:10-cv-01029-BRW | Beylen v. Wyeth LLC et al |
| 4:10-cv-01030-BRW | Contreras v. Wyeth LLC et al |
| 4:06-cv-01438-BRW | Zimmerman v. Wyeth et al |
| | |
| 4:08-cv-03178-BRW | Johann v. Wyeth et al |
| 4:09-cv-00103-BRW | Huff v. Barr Laboratories Inc et al |
| 4:08-cv-02313-BRW | Weaver v. Wyeth et al |
| 4:11-cv-00098-BRW | Grobstein v. Wyeth LLC et al |
| 4:06-cv-01398-BRW | Puzzuole v. Wyeth et al |
| | |
| 4:11-cv-00203-BRW | Whatley et al v. Wyeth LLC et al |
| 4:08-cv-03777-BRW | Goodman et al v. Wyeth, et al |
| 4:08-cv-03923-BRW | Saunders et al v. Wyeth, et al |
| 4:08-cv-04017-BRW | Utt et al v. Wyeth, et al |
| 4:10-cv-00839-BRW | Tallent v. Wyeth LLC et al |

```
4:10-cv-00798-BRW    Cox, Carolyn
4:10-cv-01035-BRW    Stanionis v. Wyeth LLC et al
4:11-cv-00096-BRW    Boles v. Wyeth LLC et al
4:11-cv-00097-BRW    EDen v. Wyeth LLC et al
4:08-cv-01687-BRW    Peterson v. Wyeth et al

4:10-cv-00912-BRW    Jacquemart v. Wyeth LLC et al
4:06-cv-00160-BRW    Giambrone v. Wyeth et al
4:10-cv-00438-BRW    Langren v. Wyeth LLC et al
4:11-cv-00100-BRW    Hruska v. Wyeth LLC et al
4:08-cv-01393-BRW    Fisher v. Wyeth et al

4:08-cv-03167-BRW    Bumpas v. Wyeth et al
4:05-cv-00382-BRW    McMurray v. Wyeth Pharmaceutical, et al
4:06-cv-00443-BRW    Plowman et al v. Wyeth et al
4:08-cv-03631-BRW    Alvarran et al v. Wyeth, et al
4:08-cv-02116-BRW    Blaisdell v. Wyeth et al

4:05-cv-00832-BRW    Mason et al v. Wyeth et al
4:06-cv-01506-BRW    Balis et al v. Wyeth et al
4:05-cv-01433-BRW    Bowling et al v. Wyeth et al
4:05-cv-00380-BRW    Iyk, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00969-BRW    Shea et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02314-BRW    Kropf v. Wyeth et al
4:10-cv-00578-BRW    Hansmann v. Wyeth LLC et al
4:10-cv-00828-BRW    Cassidy v. Pfizer Inc et al
4:06-cv-00916-BRW    Lyons v. Wyeth et al
4:05-cv-00075-BRW    Clouser v. Wyeth, et al

4:05-cv-00396-BRW    Daly v. Wyeth, et al
4:05-cv-00423-BRW    Weissmer, et al v. Wyeth Pharmaceutical, et al
4:06-cv-01488-BRW    Roseman v. Wyeth et al
4:07-cv-00419-BRW    Tangman et al v. Wyeth et al
4:10-cv-00421-BRW    Bledsoe v. Wyeth LLC et al

4:10-cv-00587-BRW    Lopez v. Wyeth LLC et al
4:10-cv-00457-BRW    Knutson v. Wyeth LLC et al
4:10-cv-00683-BRW    Ferguson v. Wyeth LLC et al
4:10-cv-00792-BRW    King v. Pfizer Inc et al
4:10-cv-00818-BRW    Fornberg v. Pfizer Inc et al

4:10-cv-00842-BRW    Beedle v. Wyeth LLC et al
4:10-cv-00989-BRW    Dahlman v. Wyeth LLC et al
4:10-cv-01046-BRW    Meiller v. Wyeth LLC
4:10-cv-01060-BRW    Sain v. Wyeth LLC et al
4:11-cv-00113-BRW    Fields v. Wyeth LLC et al
```

4:08-cv-03213-BRW   Weinfurtner v. Wyeth et al
4:10-cv-00941-BRW   Mangan v. Wyeth LLC
4:10-cv-00569-BRW   Williams v. Wyeth LLC et al
4:06-cv-00821-BRW   Goldberg v. Wyeth et al
4:05-cv-01404-BRW   Moisi v. Wyeth Pharmaceuticals Inc et al

4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al
4:07-cv-00731-BRW   Irwin et al v. Wyeth et al
4:06-cv-00493-BRW   Bolton et al v. Wyeth et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al
4:06-cv-00430-BRW   Dudley v. Wyeth et al

4:08-cv-03677-BRW   Burton et al v. Wyeth, et al
4:04-cv-02316-BRW   Meyer, et al v. Wyeth, et al
4:05-cv-00427-BRW   Mullikin v. Wyeth Pharmaceutical, et al
4:08-cv-03985-BRW   Mitchelll v. Wyeth, et al
4:10-cv-00632-BRW   Mehr v. Wyeth LLC et al

4:10-cv-00921-BRW   Bussart v. Wyeth LLC et al
4:10-cv-01236-BRW   Owen v. Pfizer Inc et al
4:05-cv-00406-BRW   Shareff v. Wyeth Pharmaceutical, et al
4:06-cv-01022-BRW   Black v. Wyeth et al
4:06-cv-01443-BRW   Johnson v. Wyeth et al

4:08-cv-01848-BRW   Weaver v. Barr Pharmaceuticals Inc et al
4:08-cv-03905-BRW   Mayo et al v. Wyeth, et al
4:10-cv-00687-BRW   Clausen v. Watson Laboratories Inc et al
4:10-cv-00935-BRW   Wood v. Wyeth LLC et al
4:10-cv-00955-BRW   Provasnik v. Wyeth Inc et al

4:10-cv-01241-BRW   Martin v. Watson Laboratories Inc et al
4:06-cv-01165-BRW   Cavaliere v. Wyeth et al
4:07-cv-00095-BRW   Williams et al v. Wyeth et al
4:10-cv-00461-BRW   Slaton v. Wyeth LLC et al
4:06-cv-01516-BRW   Schultz v. Wyeth et al

4:08-cv-00462-BRW   Okon v. Wyeth et al
4:08-cv-03211-BRW   Haupert v. Wyeth et al
4:08-cv-03913-BRW   Roy et al v. Wyeth, et al
4:08-cv-04087-BRW   Poe et al v. Wyeth, et al
4:10-cv-00542-BRW   Geneve v. Pfizer Inc et al

4:11-cv-00322-BRW   Mari v. Bristol Myers Squibb Company et al
4:06-cv-01224-BRW   Bradley v. Wyeth et al
4:08-cv-00699-BRW   Draper et al v. Wyeth et al
4:06-cv-00784-BRW   Naquin et al v. Wyeth et al
4:08-cv-03932-BRW   Scott et al v. Wyeth, et al

| | |
|---|---|
| 4:10-cv-00475-BRW | Hart et al v. Wyeth LLC et al |
| 4:10-cv-01272-BRW | Mosely v. Wyeth LLC et al |
| 4:08-cv-03119-BRW | Estell v. Wyeth et al |
| 4:08-cv-03927-BRW | Scarbro et al v. Wyeth, et al |
| 4:05-cv-01575-BRW | Miller v. Wyeth et al |
| 4:05-cv-01896-BRW | Johnson v. Wyeth et al |